AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL   ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2007

at 9 o'clock and 25 min AM
SUE BEITIA, CLERK

UNITED STATES OF AMERICA            WARRANT FOR ARREST

V.                                  Case Number: CR 02-00552DAE (09)

SUI FAAFITI, SR.
*Unknown*
(Name and Address of Defendant)


YOU ARE HEREBY COMMANDED TO ARREST SUI FAAFITI, SR. and bring him or her forthwith to the nearest district/ magistrate judge to answer a Superceding Indictment , charging him or her with (brief description of offense)

Count 1: Conspiracy to distribute and possess with intent to distribute cocaine

in violation of Title 21 United States Code, Section(s) 846.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *signature* | January 30, 2003 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |


Bail Fixed at             By: Leslie E. Kobayashi, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest  02-06-03 | James Yuen | *signature* |