PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:    alexander_silvert@fd.org

Attorney for Defendant
SUI FAAFITI, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No.  02-0552 -05DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) REDUCING SENTENCE |
| vs. | ) PURSUANT TO NEW |
| | ) SENTENCING GUIDELINE |
| SUI FAAFITI, JR., | ) AMENDMENT |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER REDUCING SENTENCE
PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that, pursuant to 18 U.S.C. § 3582(c), the defendant's sentence of 48

months incarceration imposed on October 14, 2005, is reduced to time served.[1] All other provisions of the sentence imposed on October 14, 2005, remain unaltered.

The defendant, SUI FAAFITI, JR., is currently serving a term of imprisonment for an offense involving cocaine base (crack). Mr. Faafiti is currently incarcerated at Mahoney Hale and was contacted by counsel by phone. Mr. Faafiti consents to counsel entering into this stipulation.

Mr. Faafiti was sentenced by this Court on October 14, 2005, to a term of 48 months imprisonment. His guideline range was 70-87 months, based on a total offense level of 27 and a criminal history category of I. The Court departed downward due his cooperation. Based upon the new crack cocaine amendment, Mr. Faafiti's new guideline range, absent cooperation, would be level 25, resulting in a guideline range of 57-71 months.

The United States Sentencing Commission lowered many guidelines ranges for crack cocaine defendants on November 1, 2007. See U.S.S.G. Appendix C, Amdt. 706. The amendment was made retroactive. See Amendment 706.

---

[1] This would approximately reduce his sentence by four months as Mr. Faafiti, Jr. is currently scheduled to be release by the BoP in July of 2008.

The parties agree that Mr. Faafiti is eligible for a reduction of his sentence by retroactive application of Amendment 706 pursuant to § 3582(c) and U.S.S.G. policy statement § 1B1.10.  Mr. Faafiti completed the 500 hour RDAP program while incarcerated.  As a result, his current projected release date is June of 2008.  Given that the parties agree that Mr. Faafiti is eligible for a reduction pursuant to the new amendment, the parties agree that Mr. Faafiti should be resentenced to time served.

Wherefore, the parties agree that the Court impose a sentence of time served.

IT IS SO STIPULATED:

DATED:   Honolulu, Hawaii, March 28, 2008.


      /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
SUI FAAFITI, JR.


      /s/ Florence T. Nakakuni
FLORENCE T. NAKAKUNI
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, March 31, 2008.



_____
David Alan Ezra
United States District Judge

UNITED STATES v. SUI FAAFITI, JR
Cr. No. 02-0552 DAE
STIPULATION AND ORDER REDUCING SENTENCE
PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT